# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SAMUEL CAPNORD**                                                                          **PLAINTIFF**

**v.**                                 **CAUSE NO.: 4:22-cv-151-MPM-JMV**

**WAL-MART STORES EAST, LP, ET AL.**                                      **DEFENDANTS**

## **ORDER**

This matter is before the undersigned on referral from the District Judge's Order [36] on June 28, 2023, which granted Plaintiff's Motion [32] to Continue Trial Setting and Reset Deadlines. The District Judge has continued the trial, and now the undersigned is tasked with resetting the deadlines in the scheduling order in accordance with the new trial date.

It is hereby ordered that the Plaintiff's Designation of Experts deadline is reset to December 19, 2023; the Defendant's Designation of Experts deadline is reset to January 19, 2024; the discovery deadline is reset to March 19, 2024; and the dispositive/Daubert motion deadline is reset to April 19, 2024.

**SO ORDERED** this, the 29th day of June, 2023.

                                            /s/ Jane M. Virden
                                            **UNITED STATES MAGISTRATE JUDGE**